IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TRAVIS LEMAR GREER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-14-708-M |
| JANET DOWLING, et al., | ) |
| Defendants. | ) |

## ORDER

On January 30, 2015, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended plaintiff's Motion for TRO/Preliminary Injunction be denied. The parties were advised of their right to file an objection to this Report and Recommendation by February 20, 2015. Plaintiff filed his objection on February 17, 2015.[1]

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 65] issued by the Magistrate Judge on January 30, 2015; and

(2) DENIES plaintiff's Motion for TRO/Preliminary Injunction [docket no. 2].

**IT IS SO ORDERED this 24th day of March, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] In his objection, plaintiff seeks leave of Court to amend his Motion for TRO/Preliminary Injunction. Plaintiff advises that in his motion he only expressed concern about suffering harm as opposed to irreparable harm and would like the opportunity to amend his motion to include the word "irreparable". The Court finds that this amendment would be futile as the Magistrate Judge has already found that the harm defendant expressed concern about suffering does not meet the standard for irreparable harm. See Report and Recommendation at 5.