IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TRAVIS LEMARR GREER, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | Case No. CIV-14-708-M |
| JANET DOWLING, et al., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

On May 26, 2017, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this case. The Magistrate Judge recommended that plaintiff's motions for preliminary injunction be denied. The parties were advised of their right to object to the Report and Recommendation by June 16, 2017. After receiving various extensions of time, plaintiff has filed his responses and objections.

The Court has carefully reviewed this matter de novo. Upon review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 169] issued by the Magistrate Judge on May 26, 2017, and

(2) DENIES plaintiff's "Motion Requesting an Order for Injunctive Relief, Directing ODOC Officials, to Allow Plaintiff to Use Facility Law Library Computer/Word Processor, Cease and Desist Their Ongoing Retaliation against Plaintiff" [docket no. 140] and plaintiff's "Motion Requesting an Emergency Preliminary Injunction/Temporary Restraining Order, Prohibiting Destruction of, and Removal of Plaintiff's Legal Work and Research Materials" [docket no. 143].

**IT IS SO ORDERED this 28th day of September, 2017.**

*[signature]*
VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE